IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mapp, Anthony L

Printed: 6/24/08

Case Number: 05 B 21894
Judge: Goldgar, A. Benjamin
Filed: 6/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: July 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 138,606.94 |  |
| Secured: |  | 107,317.72 |
| Unsecured: |  | 13,324.26 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 6,715.23 |
| Other Funds: |  | 11,249.73 |
| Totals: | 138,606.94 | 138,606.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 55,779.64 | 55,779.64 |
| 2. | Countrywide Home Loans Inc. | Secured | 23,583.99 | 22,337.50 |
| 3. | Americredit Financial Ser Inc | Secured | 28,536.08 | 28,536.08 |
| 4. | Monterey Financial Services | Secured | 664.50 | 664.50 |
| 5. | Americredit Financial Ser Inc | Unsecured | 12,507.06 | 12,507.06 |
| 6. | Monterey Financial Services | Unsecured | 817.20 | 817.20 |
| 7. | American General Finance | Unsecured |  | No Claim Filed |
| 8. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured |  | No Claim Filed |
| 9. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 121,888.47 | $ 120,641.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 226.59 |
| 5.5% | 1,524.79 |
| 5% | 528.59 |
| 4.8% | 983.77 |
| 5.4% | 2,525.21 |
| 6.5% | 926.28 |
|  | _____ |
|  | $ 6,715.23 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mapp, Anthony L

Printed:  6/24/08

Case Number:  05 B 21894

Judge:  Goldgar, A. Benjamin

Filed:  6/2/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

